1
2
3
4
5
6
7             IN THE UNITED STATES DISTRICT COURT

8        FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                 SAN JOSE DIVISION

10 STACIE SKILES,               CASE NO. 5:12-cv-00468 EJD

11                           **ORDER DISMISSING CASE**

12           Plaintiff(s),

    v.

13 FACEBOOK, INC.,            [Docket Item No(s). 15]

14
15           Defendant(s).
                               /

16       On April 3, 2012, the court ordered Plaintiff to show cause in writing why this case should

17 not be dismissed for lack of prosecution after Plaintiff failed to file a Case Management Statement

18 and failed to appear at a Case Management Conference.  See Docket Item No. 15.  The court

19 admonished Plaintiff that the court would dismiss this action with prejudice should Plaintiff fail to

20 respond or otherwise fail to show good cause.

21       As of this date, Plaintiff has not complied with the show cause order as directed.

22 Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to

23 Federal Rule of Civil Procedure 41(b).

24 **IT IS SO ORDERED.**

25 Dated:  April 30, 2012

26                               EDWARD J. DAVILA
                              United States District Judge

27
28

United States District Court
For the Northern District of California

1