United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STACIE SKILES, | CASE NO. 5:12-cv-00468 EJD |
| Plaintiff(s), | **ORDER DISMISSING CASE** |
| v. | |
| FACEBOOK, INC., | [Docket Item No(s). 15] |
| Defendant(s). | |

On April 3, 2012, the court ordered Plaintiff to show cause in writing why this case should not be dismissed for lack of prosecution after Plaintiff failed to file a Case Management Statement and failed to appear at a Case Management Conference. See Docket Item No. 15. The court admonished Plaintiff that the court would dismiss this action with prejudice should Plaintiff fail to respond or otherwise fail to show good cause.

As of this date, Plaintiff has not complied with the show cause order as directed. Accordingly, this case is DISMISSED WITH PREJUDICE for lack of prosecution pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: April 30, 2012

EDWARD J. DAVILA
United States District Judge

1

CASE NO. 5:12-cv-00468 EJD
ORDER DISMISSING CASE